MARY HOWARD, RESPONDENT, v. ESSEX MUTUAL BENE-
FIT ASSOCIATION, APPELLANT,

Submitted December 9, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, in which the follow-
ing *per curiam* was filed:

"This is a suit on a life benefit certificate. The only ques-
tion is whether the premium was paid a day before or a day
after the death of the assured. This is a question of fact and
we cannot review the finding of the trial judge, since there
was evidence that it was paid the day before. The fact that
premiums were in arrears at the time of payment is of no
importance, as there is nothing in the certificate which makes
it void for non-payment of dues.

"Let the judgment be affirmed, with costs."

For the appellant, *Edward R. McGlynn*.

For the respondent, *Arthur B. Seymour*.

PER CURIAM.

The judgment under review will be affirmed, for the rea-
sons set forth in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPEN-
HEIMER, WILLIAMS, GARDNER, JJ. 10.

*For reversal*—None.